# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>AUDUL YIGAEL GUTIERREZ (2),<br><br>                    Defendant. | CASE NO. 12cr5212 BTM<br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an indictment has been filed in caseÁFĞ´ã€GĞFËÑÚR against the defendant á^äÁ\he Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) as charged in the Indictment/Information:

     21:841 and 846 - Possession of Marijuana for Distribution and

     Conspiracy to Posses Marijuana with Intent to Distribute

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/22/2013

                                        *Barbara L. Major* (signature)

                                        Barbara L. Major
                                        U.S. Magistrate Judge